IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JANIE MC NEIL | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| COMMONWEALTH OF PENNSYLVANIA | : | NO. 2:07-cv-02140-LDD |
| DEPARTMENT OF CORRECTIONS, ET AL. | : | |

ORDER

AND NOW, this 31st day of December 2007, upon consideration of Defendants' Motion for Leave to File a Reply to Plaintiff's Brief in Opposition to Defendants' Motion to Dismiss (Doc. No. 10), it is hereby ORDERED that the Motion is GRANTED.

The proposed Reply is attached to the instant Motion. The Clerk of the Court is directed to enter on the docket Defendants' Reply to Plaintiff's Brief in Opposition to Defendants' Motion to Dismiss.

BY THE COURT:

/S/LEGROME D. DAVIS

Legrome D. Davis